IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGIE PHILLIPS                                                                                    PLAINTIFF

VS.                                        CASE NO. 3:16CV00263 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                                                DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 8th day of June, 2017.

                                                  UNITED STATES MAGISTRATE JUDGE